AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

**SEALED**

United States of America
v.
GARLAND LAWTON

)
)
)
)
)
)
)

Case No. 7:22CR41

Received
U.S. Marshals Service
Roanoke, VA
04:10 pm, November 10, 2022

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Garland Lawton ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC 922 (a)(6) and 924(a)(2)-False statement to licensed firearm dealer

Date: 11/10/2022

_____, Deputy Clerk
Issuing officer's signature

City and state:   Roanoke, Virginia

Michael F. Urbanski, Chief United State District Judge
Printed name and title

---

**Return**

This warrant was received on (date) 11/10/2022 , and the person was arrested on (date) 11/21/2022
at (city and state) Leesburg, VA .

Date: 11/22/2022

(DUSM) Jason Winston
Arresting officer's signature

Printed name and title

*EXECUTED ON BEHALF OF WESTERN DISTRICT OF VIRGINIA.*